UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GORDON SURGICAL GROUP, P.C., PREMIER MEDICAL ASSOCIATES OF THE HUDSON VALLEY LLP AND NORTHERN WESTCHESTER SURGICAL ASSOCIATES, LLP,

                Plaintiffs,

v.

EMPIRE HEALTHCHOICE HMO, INC. and EMPIRE HEALTHCHOICE ASSURANCE, INC.,

                Defendants.

25-CV-3037 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On April 16, 2025, the Court stayed this case for 90 days to facilitate the parties' settlement discussions and ordered the parties to submit a joint status letter on June 15, 2025. *See* ECF No. 9. To date, no letter has been filed. The parties shall submit their joint letter no later than July 10, 2025.

SO ORDERED.

Dated:    June 30, 2025
            New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge