

**HARRIS BEACH MURTHA**
ATTORNEYS AT LAW

December 8, 2025

The Omni
333 Earle Ovington Blvd, Suite 901
Uniondale, New York 11553
516.880.8484

**Roy W. Breitenbach**
Member
Direct:    516.880.8378
Fax:    516.880.8483
rbreitenbach@harrisbeachmurtha.com

Hon. Paul A. Engelmayer
United States District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

RE:    Gordon Surgical Group, P.C. et al. v. Empire HealthChoice HMO Inc. et al.
Civil Action No. 1:25-cv-03037
Parties' Joint Request for Extension to File Amended Complaint

Your Honor:

This firm represents Plaintiffs in the above captioned matter.  Counsel for Defendants Empire HealthChoice HMO, Inc. and Empire HealthChoice Assurance, Inc. (collectively "Empire") join in this request.

Pursuant to your Order of October 30, 2025 [ECF No. 18], Plaintiffs were to file an Amended Complaint by November 7, 2025.  Plaintiffs have not yet filed an Amended Complaint in light of the parties' on-going settlement negotiations.

The parties continue to engage in ongoing, meaningful settlement discussions in this matter and would like additional time to work out the details of a potential settlement.  As such, the parties jointly request that Plaintiffs be granted an additional thirty (30) days from the date of this request to file an Amended Complaint, and an equivalent extension of Defendants' time to respond to the Amended Complaint.

The parties appreciate your attention to this request.

Application granted. Please note,
however, that this matter is assigned to
Judge Abrams and not to Judge
Engelmayer.

Very truly yours,

_____
Hon. Ronnie Abrams
January 5, 2025

Roy W. Breitenbach

cc: All Counsel of Record (via ECF)